Michael H. Bloom, OSB# 815106
bloompc@easystreet.net
MICHAEL H. BLOOM, P.C.
One Centerpointe Drive, Ste. 570
Lake Oswego, Oregon 97035
Telephone:  (503) 223-2608
Facsimile: (503) 670-7683
Attorney for Plaintiffs


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| GERALD H. WILLIAMS, JR. and CONSTRUCTION & ENGINEERING MANAGEMENT RESEARCH, INC. | Case No.: 3:15 cv 196 |
| Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE - F.R.Civ.P.  41(a)(1)(ii) |
| Defendant.<br><br>v.<br><br>UNIVERSITAS EDUCATION, LLC and GRIST MILL TRUST WELFARE BENEFIT PLAN,<br><br>Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby

Page 1- STIPULATION FOR DISMISSAL WITHOUT PREJUDICE -
F.R.Civ.P. 41(a)(1)(ii)

stipulate that this case shall be dismissed without prejudice and without costs or fees to any party.

DATED this __ day of December, 2015.

MICHAEL H. BLOOM, P.C.

Michael H. Bloom, OSB #815106
Attorney for Plaintiffs

DATED this __ day of December, 2015.

BULLIVANT HOUSER BAILEY PC

Ronald J. Clark, OSB #880328
Attorney for The Lincoln National
Life Insurance Company

DATED this __ day of December, 2015.

LAW OFFICE OF MICHAEL A. COX

Michael A. Cox, OSB # 935070
Attorney for Gristmill Trust Welfare
Benefit Plan

Page 2- STIPULATION FOR DISMISSAL WITHOUT PREJUDICE -
    F.R.Civ.P. 41(a)(1)(ii)